UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-10006-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RICKY LEE JONES,

    Defendant.

_____

## REPORT AND RECOMMENDATION

THIS CAUSE is before the Court on the Defendant, **Ricky Lee Jones'**, pro se Motion Supported, by Affidavit, for the Court To Grant Appropriate Relief Due to an Appearance of Impropriety Involving Assistant Federal Public Defender Stewart G. Abrams (ECF No. 213), Affidavit of Ricky Lee Jones in Support of Connected Appearance of Impropriety Claim (ECF No. 214) and Motion for Appointment of Counsel to Reargue for Amendment 599 Relief Due to An Intervening Change in the Law (ECF No. 218), which were referred to United States Magistrate Judge, Lurana S. Snow, for a Report and Recommendation.

In his motion pertaining to the actions of his trial counsel, the Defendant asks this Court to exercise its supervisory powers by dismissing the Indictment against him (as to which he entered a guilty plea and was sentenced) based on the fact that the Defendant's attorney did not handle the suppression hearing and plea negotiations in the manner the attorney had discussed with him. In response, the Government filed its Motion to Recharacterize Motion For Relief Due to An Appearance of Impropriety Involving AFD (DE#213) As A Motion Pursuant to 28 U.S.C. § 2255. (ECF No. 215) The Defendant responded by objecting to recharacterization, arguing that he is not claiming ineffective assistance of counsel, but rather complaining about the manner in which his

attorney conducted himself.  He cites United States v. Couch, 896 F.2d 78, 81 (5th Cir. 1990) for the proposition that a claim of appearance of impropriety is not cognizable under Section 2255.  The undersigned agrees with the Defendant that such a claim is not cognizable in a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, but neither is it grounds to the dismiss the indictment against the Defendant pursuant to this Court's supervisory powers.  The Defendant relies on 1 McCloskey, Schoenberg & Shapiro, Criminal Law Deskbook, Professional Responsibility of Defense Attorney, Section 104 (ECF No. 219 at 2), making clear that the Defendant's proper complaint, if any, is with the bar association of which his attorney is a member.

The Defendant also asks this Court to appoint counsel to reargue for relief pursuant to Johnson v. United States, 135 S.Ct. 2551 (2015), which relief previously was denied to him.  There is no automatic right to the appointment of counsel for post-conviction motions, and the Defendant has offered no reason for appointing counsel other than his argument that the Court erred in denying his first request for relief.  Accordingly, the appointment of counsel to re-file this request is not warranted.

## CONCLUSION

This Court having considered carefully the pleadings, arguments of counsel, and iapplicable case law, it is hereby

RECOMMENDED that Defendant, **Ricky Lee Jones'**, pro se Motion Supported, by Affidavit, for the Court To Grant Appropriate Relief Due to an Appearance of Impropriety Involving Assistant Federal Public Defender Stewart G. Abrams (ECF No. 213) be DENIED and Motion for Appointment of Counsel to Reargue for Amendment 599 Relief Due to An Intervening Change in the Law (ECF No. 218) be DENIED.

The parties will have 14 days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with The Honorable Jose E. Martinez, United States District Judge.  Failure to file objections timely shall bar the parties from

attacking on appeal factual findings contained herein. *See* Fed. R. Crim. P. 59(b)(1), (2); *Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Lewis,* 492 F.3d 1219, 1222 (11th Cir. 2007) (en banc).

DONE AND SUBMITTED at Fort Lauderdale, Florida, this 13th day of June, 2016.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Michael Gilfarb (MIA)

Mr. Ricky Lee Jones , pro se (Sent via U.S. Mail)
No. 38756-004
FCI - Fort Dix
P.O. Box 2000
Fort Dix, NJ  08640