UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 96-10006-CR-MARTINEZ

UNITED STATES OF AMERICA

    Plaintiff,

vs.

RICKY LEE JONES,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Ricky Lee Jones', pro se Motion, Supported by Affidavit, for the Court to Grant Appropriate Relief Due to an Appearance of Impropriety Involving Assistant Federal Public Defender Stewart G. Abrams [ECF No. 213], Affidavit of Ricky Lee Jones in Support of Connected Appearance of Impropriety Claim [ECF No. 214] and Motion for Appointing of Counsel to Reargue for Amendment 599 Relief Due to An Intervening Change in the Law [ECF No. 218].

**THE MATTER** was referred to United States Magistrate Judge Lurana S. Snow and accordingly, a Report and Recommendation [ECF No. 221] was filed on June 13, 2016, recommending that Defendant Ricky Lee Jones', pro se Motions [ECF No's. 213, 214, 218] be **Denied**.

The parties were afforded the opportunity to file written objections fourteen (14) days from the date of being served with a copy of this Report and Recommendation. The record reveals that no objections were filed by the Defendant. After a *de novo* review of the Record and Magistrate Snow's well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Lurana S. Snow's, Report and Recommendation **[D.E. No. 221]** is hereby **ADOPTED AND APPROVED** in its entirety.

Defendant's pro se Motion Supported by Affidavit, for the Court to Grant Appropriate Relief Due to an Appearance of Impropriety Involving Assistant Federal Public Defender Stewart G. Abrams [ECF No's 213, 214] and Motion for Appointment of Counsel to Reargue for Amendment 599 Relief Due to An Intervening Change in the Law [ECF No. 218] are **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7 day of July, 2016.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel Of Record
Ricky Lee Jones, pro se
Reg. No. 38756-004
FCI-Fort Dix
P.O. Box 2000
Fort Dix, NJ 08640